AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| | |
|---|---|
| United States of America <br> v. <br> JAMES PATRICK GIANNAKOS, JR <br><br> *Defendant(s)* | Case No. 3:21-mj-00014 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __1/27/21-2/1/21__ in the county of __Lexington__ in the _____ District of __South Carolina__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 875 | interstate threats |

This criminal complaint is based on these facts:

see attached affidavit

☑ Continued on the attached sheet.

*Carolyn A Gale*
Complainant's signature

Carolyn Gale, Special Agent
*Printed name and title*

Sworn to me via telephone or other reliable electronic means and signed by me pursuant to Fed. R. Crim. P. 4.1 and 4(d).

Date: 02/02/2021

*Shiva V. Hodges*

City and state: Columbia, South Carolina

Shiva Hodges, United States Magistrate Judge
*Printed name and title*