FID-11232480

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

RECEIVED
2021 FEB -2 PM 12:56
UNITED STATES MARSHALS
COLUMBIA, SC

| United States of America | ) |
|---|---|
| v. | ) |
| JAMES PATRICK GIANNAKOS, JR | ) Case No. 3:21-mj-00014 |
| | ) |
| | ) |
| | ) |
| | ) |
| *Defendant* | ) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   JAMES PATRICK GIANNAKOS, JR                                              ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 USC 875 - interstate threats

Date:   02/02/2021

_____
*Issuing officer's signature*

City and state:   Columbia, South Carolina

Shiva Hodges, United States Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* FEB - 2 2021 , and the person was arrested on *(date)* 02-03-2021
at *(city and state)* Gilbert, SC .

Date: 02-04-2021

Arrested by S/A Carolyn Gale, FBI
*Arresting officer's signature*

By: Bonnie Walters, Investigative Analyst
*Printed name and title*