IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal No: 3:21-126 |
| v. | 18 USC § 875 |
| JAMES PATRICK GIANNAKOS, JR., | INFORMATION |

## COUNT 1

THE UNITED STATES ATTORNEY CHARGES:

At all times relevant to this Information:

1. The defendant, **JAMES PATRICK GIANNAKOS, JR.**, was a resident of Gilbert, South Carolina.

2. The defendant, **JAMES PATRICK GIANNAKOS, JR.**, did contact and threaten individuals, known to the United States Attorney, in other states.

3. On January 28, 2021, in the District of South Carolina and elsewhere, the defendant, **JAMES PATRICK GIANNAKOS, JR.**, did knowingly transmit in interstate commerce a threat to injure the person of another, in that he left a message stating:

"Miss (name known to the United States Attorney), my name's James. I just wanted you to know that if anything happens to Mr. Emique Tarrio, the same thing will happen to you and your family. I cannot believe you released the CI information, if that's even true. If anything happens to him, I promise you and your associates will pay for it. You will be held responsible."

4. The defendant, **JAMES PATRICK GIANNAKOS, JR.**, was upset that news organizations had reported that Proud Boy leader Emique Tarrio had previously been a cooperating witness for the Federal Government.

In violation of Title 18, United States Code, Section 875.

*M. Rhett DeHart* (signature)

M. RHETT DEHART (ihm, ed)
ACTING UNITED STATES ATTORNEY